COPY

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1  RICHARD L. CHARNLEY (SBN 70430)
   TOMAS BURGOS (SBN 193434)
2  ANNIE RIAN (SBN 260960)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:   (213) 312-2000
   Facsimile:   (213) 312-2001
5  Email:       rcharnley@rmkb.com
                arian@rmkb.com
6
7  Attorneys for Defendants
   VAMPIRE WEEKEND, INC. AND XL
8  RECORDING, LTD.

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  ANN KIRSTEN KENNIS, an individual,      CASE NO. **CV 10  6087**-VBF
13                                                      (AJW)
                 Plaintiff,
14                                          [State Court Case No. BC 441651]
         v.
15                                          **NOTICE OF REMOVAL OF ACTION
    VAMPIRE WEEKEND, INC., a New            UNDER 28 U.S.C. §1441(b) (DIVERSITY)**
16  York corporation; XL RECORDINGS
    LTD., a United Kingdom private limited
17  company; TOD BRODY, an individual;
    and DOES 1 through 10, inclusive,
18
                 Defendants.
19

20       **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE**

21  **CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR**

22  **ATTORNEYS OF RECORD:**

23       **PLEASE TAKE NOTICE** that defendants Vampire Weekend, Inc. and XL Recordings,

    Ltd. hereby remove to this Court the state court action described below.
24
         1.     On July 14, 2010 an action was commenced in the Superior Court of the State of
25
    California in the County of Los Angeles, entitled *Ann Kirsten Kennis v. Vampire Weekend, Inc.*
26
    *et. al.*, as Case Number BC441651.  A copy of the Complaint is attached hereto as Exhibit "A."
27
         2.     The first date upon which defendant Vampire Weekend, Inc. received a copy of
28
    the Complaint was July 20, 2010 when defendant was served, along with a copy of the Summons

RC1/5652651.1/AA2                          - 1 -

FILED

10 AUG 16  PM 2:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1  from the said State court.  The first date upon which defendant XL Publishing Ltd. Received a

2  copy of the Complaint was July 26, 2010.  Defendant XL Publishing Ltd.  A copy of the

3  Summons is attached hereto as Exhibit "B."

4        3.    This is a civil action of which this Court has original jurisdiction under 28 U.S.C.

   § 1441(b) in that it is a civil action between citizens of different states and the matter in

5  controversy exceeds the sum of $75,000, exclusive of interest and costs, because plaintiff seeks at

6  least $2,000,000 in damages from the alleged appropriation of her likeness.

7        4.    Complete diversity of citizenship exists in that, both at the time of the

8  commencement of the action and at the time of this notice of removal:  Plaintiff Ann Kirsten

9  Kennis is a citizen of the state of Connecticut; Defendant XL Recordings, Ltd. is a United

10  Kingdom company; Defendant Tod Brody is a citizen of the state of New York; and Defendant

11  Vampire Weekend, Inc. is a corporation incorporated under the laws of the state of New York

12  with its principal place of business in New York and is the only defendant that has been served

   with the Summons and Complaint in this action.  None of the defendants are citizens of the state

13  in which the action is pending.

14        5.    This district embraces the county where the State court action was pending.

15  Dated: August 13 , 2010            ROPERS, MAJESKI, KOHN & BENTLEY

16

17  By: _____

18        RICHARD L. CHARNLEY
         TOMAS BURGOS
19        ANNIE RIAN
         Attorneys for Defendant
20        VAMPIRE WEEKEND, INC. AND XL
         RECORDINGS, LTD.

21

22

23

24

25

26

27

28

# EXHIBIT "A"

1  FREUND & BRACKEY LLP
   Thomas A. Brackey II (SBN 162279)
2  Stephen P. Crump (SBN 251712)
   427 North Camden Drive
3  Beverly Hills, CA 90210
   Tel: 310-247-2165
4  Fax: 310-247-2190

5  BYELAS & NEIGHER
   Alan Neigher (*to apply pro hac vice*)
6  1804 Post Road East
   Westport, CT 06880
7  Tel: 203-259-0599
   Fax: 203-255-2570

8  LAW OFFICES OF A. EDWARD EZOR
   A. Edward Ezor (SBN 50469)
9  201 South Lake Avenue
   Pasadena, CA 91101-3016
10 Tel: 626-568-8098
   Fax: 626-568-8475
11

12 Attorneys for Plaintiff,
   ANN KIRSTEN KENNIS
13

14          SUPERIOR COURT OF THE STATE OF CALIFORNIA

15              FOR THE COUNTY OF LOS ANGELES

16

17                                              Case No:    BC441651

18 ANN KIRSTEN KENNIS, an individual,          COMPLAINT FOR:

19                                             1. MISAPPROPRIATION OF IDENTITY
20       Plaintiff,                               (Cal. Civ. Code § 3344);

21       vs.                                   2. COMMON LAW
                                                  MISAPPROPRIATION OF IDENTITY;
22                                             3. UNJUST ENRICHMENT;
   VAMPIRE WEEKEND, INC., a New York
23 corporation; XL RECORDINGS LTD., an        4. DEMAND FOR ACCOUNTING; AND
   United Kingdom private limited company;
24 TOD BRODY, an individual; and DOES 1       5. CONSTRUCTIVE TRUST
   through 10, inclusive,
25
                                               REQUEST FOR JURY TRIAL
26       Defendants.

27

28

1    Plaintiff ANN KIRSTEN KENNIS, by and through her attorneys, hereby complains and
2  alleges as follows:

### THE PARTIES

3
4    1.   Plaintiff ANN KIRSTEN KENNIS ("KENNIS") is a private individual who is, and at
5  all relevant times has been, a resident of Fairfield, Connecticut.  For some years throughout the
6  1980's and including the early 1990's, KENNIS was a high-fashion model under contract with
7  prestigious agencies in New York City.   Her professional modeling name was Kirsten.

8    2.   Upon information and belief, Defendant VAMPIRE WEEKEND, INC. ("VWI") is a
9  New York corporation with its principal place of business in New York City and an office in Los
10  Angeles County.  Upon information and belief, Defendant VWI is an operating entity for a
11  similarly-named pop band in New York City.

12    3.   Upon information and belief, Defendant XL RECORDINGS LTD. ("XL") is a United
13  Kingdom private limited company with its principal place of business in London, England.  Upon
14  information and belief, XL is a commercial record label which is a subsidiary of Beggars Group
15  Musical Organization.

16    4.   Upon information and belief, Defendant TOD BRODY ("BRODY") is a photographer
17  domiciled in New York City, New York.

18    5.   The true names and capacities of the Defendants named in this action as DOES 1
19  through 10, inclusive, are unknown to Plaintiff, who therefore sues them by such fictitious names.
20  Plaintiff will amend this Complaint to set forth their true names and capacities when they have
21  been ascertained.

22    6.   Upon information and belief, Defendants are each in some manner responsible for the
23  wrongs alleged herein, and at all times referenced herein each was the agent, servant and/or
24  employee of the other Defendants, each of whom obtained financial benefit from those
25  Defendants' acts and omissions, and each of whom was acting within the course and scope of said
26  agency and employment.

27    7.   Upon information and belief, at all relevant times herein, each of the Defendants did
28  aid, abet, participate in, contribute to, or benefit from the acts and behavior alleged in this

5

1  Complaint and the damages caused thereby, and by the inaction of each ratified and encouraged
2  such acts and behavior. Plaintiff further alleges that each of the Defendants had a non-delegable
3  duty to prevent or cure such acts and the behavior alleged in this Complaint, which duty each such
4  Defendant failed and/or refused to perform.

5       8.   Upon information and belief, each of the Defendants have behaved in such a fashion
6  that there existed a unity of ownership and identity amongst them. As such, Plaintiff alleges that
7  adherence to the fiction of a separate existence of Defendants, and each of them, as entities distinct
8  from each other, would permit an abuse of corporate privilege and would sanction fraud and
9  promote injustice in that each Defendant was in fact so intertwined with the others so as to make
10 them one and the same. Upon information and belief, VWI and/or XL are mere shells and shams.
11 Upon information and belief, VWI and/or XL were, at certain relevant times herein, the alter-egos
12 of each other and of DOES 1 through 10 in that they each used the assets of the others for their
13 own use, freely transferred property between themselves and VWI and/or XL, commingled funds,
14 and kept inadequate and deficient corporate records.

15                          **JURISDICTION AND VENUE**
16      9.   This action is subject to the provisions of Section 410.10 of the California Code of
17 Civil Procedure. Since Defendants have purposely availed themselves of the benefits of
18 California law by, among other acts, conducting business and entering into contracts in this state,
19 this action is within the jurisdiction of this Court.

20      10.  This action is subject to Section 395 of the California Code of Civil Procedure. Since
21 none of the Defendants is a resident of this state, the action may be tried in the Superior Court in
22 any county that the plaintiff may designate in her Complaint. Accordingly, venue is proper in this
23 Court.

24                              **OPERATIVE FACTS**
25      11.  During Plaintiff KENNIS` professional modeling career in New York City, her
26 photographic likeness appeared in advertisements for clothing, jewelry, cosmetics, automobiles
27 and in other high-demographic settings. She was highly compensated, and enjoyed numerous
28 assignments and a reputable standing in the modeling industry.

12.  The pop band Vampire Weekend was signed to Defendant XL in or about 2008, and released an eponymous debut album that same year.  In the summer and fall of 2009, Vampire Weekend recorded an album eventually entitled *Contra*.  In anticipation of its release on January 10, 2010, XL arranged an extensive live concert tour for Vampire Weekend in California and in Europe for the fall and early winter of 2009.

13.  Defendant VWI contracted with Defendant BRODY to produce a photograph for the album cover.  BRODY produced a modeling photograph of KENNIS which he had not taken.  The photograph, taken in New York City in or about 1983, shows KENNIS wearing a yellow Polo-monogrammed shirt, standing against a bare wall (the "Photograph").  BRODY submitted to VWI a forged photographic release signed by someone claiming to be "Kirsten Johnsen" (or "Johnson," both spelling variations were used in the release) in favor of VWI (the "Sham Release").  A true and correct copy of the Sham Release is attached hereto as Exhibit A.

14.  On information and belief, BRODY was paid a sum of $5,000 for the Photograph, with additional payments to be made to BRODY should the CD album reach certain sales thresholds.

15.  On information and belief, BRODY was not known previously to either VWI or to XL.  No investigation was done by either entity to determine BRODY's background or reputation, nor was any made by VWI or XL to verify the legitimacy of the Sham Release from "Kirsten Johnson/Johnsen," who listed as "her" address the same address as BRODY.

16.  Beginning on November 9, 2009, and ending on December 13, 2009, Vampire Weekend performed 11 concerts in California, and additional concerts elsewhere in its promotional tour prior to release of the *Contra* album.  In each of those concerts, the Photograph of Plaintiff KENNIS was prominently displayed, without a name.  Further, the Photograph of Plaintiff KENNIS was used in promotional posters and display ads, merchandise, print and electronic, to popularize the album in anticipation its release.

17.  On January 10, 2010, VWI released the *Contra* album.  The album's release was widely heralded throughout the music and entertainment media, debuting #1 on the Billboard 200. Within weeks, the album became the number one independent label album in the United States.

1  Based on last reports, the album has sold over one million units worldwide. Since the album's
2  release, the image of Plaintiff KENNIS has been displayed in hundreds of millions of images on
3  the Internet, and throughout the print and electronic media in support of the effort to promote,
4  advertise and sell Defendants' goods in commerce.

5      18.  A true and correct copy of the Photograph, along with images of a few of the various
6  uses for which Defendants have employed the Photograph, is attached hereto as Exhibit B

7      19.  Upon information and belief, the album design, in which the Photograph is featured
8  prominently, was a substantial factor in generating recognition and buzz for the *Contra* album,
9  thus increasing sales and profits directly benefiting each Defendant to the detriment of Plaintiff
10  KENNIS. The Photograph of Kennis was the focal point of the advertising campaign designed to
11  promote Defendants and sell the album in commerce despite having no relationship whatsoever
12  with the music or other creative expression of Defendants.

13                          **FIRST CAUSE OF ACTION**

14              **Misappropriation of Identity (Cal. Civ. Code § 3344)**

15                        **(Against ALL DEFENDANTS)**

16      20.  Paragraphs 1 through 19 are incorporated by reference as though fully set forth herein.

17      21.  Plaintiff KENNIS is a private individual who modeled in New York City in the 1980's
18  and 1990's. Her image comprises the Photograph.

19      22.  Defendants VWI, XL and BRODY knowingly used the Photograph for certain
20  commercial purposes, including but not limited to, advertising and selling the album *Contra* and
21  individual recordings therein, advertising live performances by Vampire Weekend, selling tickets
22  for live performances by Vampire Weekend, and soliciting purchases of Vampire Weekend
23  merchandise.

24      23.  Defendants' use of the Photograph was directly connected to Defendants' commercial
25  purpose.

26      24.  Defendants VWI, XL and BRODY did not secure the consent of Plaintiff KENNIS
27  prior to making such uses.

28

8

25.  Defendants VWI, XL and BRODY have made, or stand to make, substantial revenues attributable to the unauthorized use of the Photograph.

26.  As a direct and proximate result of the Defendants' conduct as alleged herein, Plaintiff KENNIS has suffered, and continue to suffer, substantial damages in an amount to be established at trial, but in any event, no less than $2,000,000.00.

27.  Defendants' actions were undertaken with malice, oppression and fraud, justifying an award of punitive damages.

## SECOND CAUSE OF ACTION

### Common Law Misappropriation of Identity

### (Against ALL DEFENDANTS)

28.  Paragraphs 1 through 27 are incorporated by reference as though fully set forth herein.

29.  Plaintiff KENNIS is a private individual who modeled in New York City in the 1980's and 1990's.  Her image comprises the Photograph.

30.  Defendants VWI, XL and BRODY used the Photograph for their commercial advantage, including but not limited to, advertising and selling the album *Contra* and individual recordings therein, advertising live performances by Vampire Weekend, selling tickets for live performances by Vampire Weekend, and soliciting purchases of Vampire Weekend merchandise.

31.  Defendants VWI, XL and BRODY did not secure the consent of Plaintiff KENNIS prior to making such uses.

32.  Defendants VWI, XL and BRODY have made, or stand to make, substantial revenues attributable to the unauthorized use of the Photograph.

33.  As a direct and proximate result of the Defendants' conduct as alleged herein, Plaintiff KENNIS has suffered, and continues to suffer, substantial damages in an amount to be established at trial, but in any event, no less than $2,000,000.00.

34.  Defendants' actions were undertaken with malice, oppression and fraud, justifying an award of punitive damages.

///

///

1

**THIRD CAUSE OF ACTION**

2

**Unjust Enrichment**

3

**(Against ALL DEFENDANTS)**

4

35.  Paragraphs 1 through 34 are incorporated by reference as though fully set forth herein.

5

36.  By reason of the foregoing facts, Defendants, and each of them, have become unjustly

6
enriched at the expense of Plaintiff by realizing monetary gain attributable from their unauthorized

7
use of the Photograph.

8

37.  Defendants, and each of them, have been unjustly enriched in an amount that cannot

9
be precisely ascertained at this time, but will be ascertained according to proof at trial, but in any

10
event, no less than $2,000,000.00.

11

**FOURTH CAUSE OF ACTION**

12

**Demand for Accounting**

13

**(Against ALL DEFENDANTS)**

14

38.  Paragraphs 1 through 37 are incorporated by reference as though fully set forth herein.

15

39.  Plaintiff has an interest in all of the money that is attributable to the Defendants'

16
unauthorized use of the Photograph.

17

40.  Plaintiff is informed and believes Defendants have generated an undetermined, yet

18
substantial amount of money due to Defendants' unauthorized use of the Photograph.

19

41.  The amount of money due from Defendants is unknown to Plaintiff and cannot be

20
ascertained without an accounting of all of the Defendants' financial records.

21

42.  As a result of Defendants' actions, or lack thereof, Plaintiff has been damaged in an

22
amount to be proven after an accounting has been conducted.  Accordingly, Plaintiff hereby

23
requests that the Court order an accounting of all of Defendants' financial records related to the

24
facts and circumstances alleged in this Complaint in order to determine the sums rightfully due to

25
Plaintiff.

26
///

27
///

28
///

# FIFTH CAUSE OF ACTION

## Constructive Trust

### (Against ALL DEFENDANTS)

43. Paragraphs 1 through 42 are incorporated by reference as though fully set forth herein.

44. Plaintiff is informed and believes Defendants have generated an undetermined, yet substantial amount of money due to Defendants' unauthorized use of the Photograph.

45. Plaintiff is entitled to all of the money that is attributable to the Defendants' unauthorized use of the Photograph. Such monies should be placed in a constructive trust until such time as this matter is resolved.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff KENNIS prays judgment against Defendants, and each of them, as follows:

## ON THE FIRST CAUSE OF ACTION

### (Against ALL DEFENDANTS)

1. For statutory damages or actual damages in a sum according to proof at trial, whichever is greater, but in any event, no less than $2,000,000.00;

2. For special damages in a sum according to proof at trial;

3. For profits attributable to the unauthorized appropriation in a sum according to proof at trial;

4. For punitive damages in a sum according to proof at trial;

5. For costs of suit herein incurred;

6. For reasonable attorneys' fees; and

7. For such other relief as this Court deems just and proper.

## ON THE SECOND CAUSE OF ACTION

### (Against ALL DEFENDANTS)

1. For compensatory damages in a sum according to proof at trial, but in any event, no less than $2,000,000.00;

2. For special damages in a sum according to proof at trial;

8

COMPLAINT

1    3.   For profits attributable to the unauthorized appropriation in a sum according to proof

2 at trial;

3    4.   For punitive damages in a sum according to proof at trial;

4    5.   For costs of suit herein incurred; and

5    6.   For such other relief as this Court deems just and proper.

6              **ON THE THIRD CAUSE OF ACTION**

7                **(Against ALL DEFENDANTS)**

8    1.   For restitution in an amount greater than or equal to Defendants' unjust enrichment,

9 according to proof at trial, but in any event, no less than $2,000,000.00;

10    2.   For punitive damages in a sum according to proof at trial;

11    3.   For costs of suit herein incurred; and

12    4.   For such other relief as this Court deems just and proper.

13              **ON THE FOURTH CAUSE OF ACTION**

14                **(Against ALL DEFENDANTS)**

15    1.   For an independent accounting of all Defendants' financial records relating to the facts

16 and circumstances alleged in this Complaint in order to determine the sum of money owed to

17 Plaintiff;

18    2.   For costs of suit herein incurred; and

19    3.   For such other relief as this Court deems just and proper.

20              **ON THE FIFTH CAUSE OF ACTION**

21                **(Against ALL DEFENDANTS)**

22    1.   For a constructive trust upon Defendants in favor of Plaintiff with respect to any and

23 all monies gained by Defendants deriving from Defendants' unauthorized use of the Photograph,

24 according to proof at trial;

25    2.   For costs of suit herein incurred; and

26    3.   For such other relief as this Court deems just and proper.

27 ///

28 ///

1  DATED: July 14, 2010

2                                                FREUND & BRACKEY LLP

3

4                              By:  _____

5                                   Thomas A. Brackey II,
                                    Stephen P. Crump
6

7                                   BYELAS & NEIGHER
                                    Alan Neigher (*to apply pro hac vice*)
8

9                                   LAW OFFICES OF A. EDWARD
                                    EZOR
                                    A. Edward Ezor
10

11                                  Attorneys for Plaintiff,
                                    ANN KIRSTEN KENNIS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        10
                                    COMPLAINT

**REQUEST FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues triable by jury.

Dated: July 14, 2010

FREUND & BRACKEY LLP

By: _____
Thomas A. Brackey II,
Stephen P. Crump

BYELAS & NEIGHER
Alan Neigher (*to apply pro hac vice*)

LAW OFFICES OF A. EDWARD
EZOR
A. Edward Ezor

Attorneys for Plaintiff,
ANN KIRSTEN KENNIS

14

From:   **VAMPIRE WEEKEND INC.**
c/o Monotone Inc.
820 Seward Street
Los Angeles
CA 90038
USA

("We"/"our"/"us")

To:   **KIRSTEN JOHNSEN**
c/o 7 East 14th Street
New York
NY 10003
USA

("You"/"your")

Date: ~~6 - 30~~ 3rd July 2009

Dear Kirsten,

**MODEL AGREEMENT**

1.   In consideration of the payment by us to you of the sum of one US dollar ($1) (the "Fee") (receipt of which you hereby acknowledge), you irrevocably and unconditionally give to us all consents required pursuant to the laws of any country of the world necessary

    a)   to make and otherwise produce the photograph taken of you and which is to be utilised on the cover of the forthcoming studio album by the recording artists professionally known as "Vampire Weekend" (as detailed in the annexed Schedule hereto) (the "Photograph") and in doing so to record and reproduce your likeness

    b)   to permit the editing, retouching, cropping, enhancement and any and all other forms of manipulation and/or stylisation of the Photograph; and

    c)   for the worldwide use and exploitation of the Photograph in whole or in part in any and all media and by any and all means (including without limitation on any and all merchandising

2.   You hereby agree that we are and shall be the sole and absolute owners of the Photograph and all rights (including the copyright) in the Photograph and to the extent that any such rights shall vest in you, you hereby assign by to us absolutely and throughout the world for the full period of copyright (including all extensions and renewals) and thereafter to the extent possible, in perpetuity, the entire copyright and all other rights in and to the Photograph. Without limiting the foregoing provisions and for the purposes of the United States, you agree that all the products of your services shall be deemed to be a "work for hire" (as defined under United States copyright legislation) for us;

3.   You hereby waive any and all moral rights you may have in respect of the Photograph and to the extent that you are not able to do so, you hereby agree not to assert any such rights against us or any of our licensees or successors in title. You further release us from any liability whatsoever, including but not limited to claims for libel, slander and/or invasion of privacy, arising from the use of any of the Photograph (however the same may be portrayed and/or manipulated). You and we will at all times keep confidential information acquired in consequence of this Agreement (including the commercial terms of this Agreement), except for information which they may be entitled or bound to disclose under compulsion of law or where requested by

1462982

1

EXHIBIT A

*15*

may be entitled or bound to disclose under compulsion of law or where requested by regulatory agencies or to their professional advisers where reasonably necessary for the performance of their professional services.

4       You agree, warrant and undertake that you have not and will not grant any rights in and to the Photograph to any third party and that you have full right and authority to enter into this Agreement.

5       You shall at our request and reasonable expense do such things and sign and execute all such documents and deeds as may reasonably be required to give full effect to the assignment of the rights in the Photograph as provided for hereunder and to perfect protect and enforce any of the rights assigned and granted to us herein.

6.      You agree that payment of the Fee is in full and final settlement of our obligations to you in respect of any use now, hereafter or previously made of the Photograph (and you shall not be entitled to any residuals, repeat fees or other use fees of any kind) includes equitable remuneration in respect of the exercise of any and all rental and lending rights in respect of the Photograph and we shall be free to exploit (or refrain from doing so), amend and/or adapt the Photograph in accordance with the terms hereof and that there are no other parties to whom any payment is or may become due by reason of any such exploitation.

7.      The Contracts (Rights of Third Parties) Act 1999 shall not apply to this Agreement or to any of its provisions.

8.      We shall be entitled to assign this Agreement or any rights granted pursuant to this Agreement to any person, entity, firm or company.

9.      This Agreement replaces, supersedes and cancels all previous arrangements, understandings or agreements between the parties either oral or written with respect to the subject matter of this Agreement and expresses and constitutes the entire agreement between you and us and no variation of any of the terms or conditions of this Agreement may be made unless such variation is agreed in writing and signed by both parties to this Agreement.

10      This Agreement shall be governed by the laws of England and Wales whose courts shall have exclusive jurisdiction.

Please sign the enclosed copy of this letter by way of confirmation of its terms.

Yours sincerely,                                    Read and Agreed

for and on behalf of                                KIRSTEN JOHNSON
VAMPIRE WEEKEND INC.

EXHIBIT A









EXHIBIT B

EXHIBIT "B

18



**SUMMONS**
*(CITACION JUDICIAL)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUL 14 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
DOROTHY SWAIN

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Vampire Weekend Inc.
Additional Parties Attachment Form is Attached

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANN KIRSTEN KENNIS, an individual,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Los Angeles Superior Court<br>111 North Hill Street<br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>BC 441651 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Thomas Brackey, Freund & Brackey, 427 N. Camden Dr. Beverly Hills, CA 90210

DATE: 7/14/10
*(Fecha)* JUL 14 2010          John A. Clarke          Clerk, by __D.M. Swain__, Deputy
                               *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Vampire Weekend, Inc
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

19

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Kennis v Vampire Weekend, Inc. et al. | |

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

[ ] Plaintiff  [✓] Defendant  [ ] Cross-Complainant  [ ] Cross-Defendant

., a New York corporation; XL RECORDINGS LTD., an United Kingdom private limited company; TOD BRODY, an individual; and DOES 1 through 10, inclusive,

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev January 1 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

20

1    **CASE NAME:**   *Ann Kirsten Kennis v. Vampire Weekend, Inc., et al.*

2    **ACTION NO.:**   _____

3                            **PROOF OF SERVICE**

4    **METHOD OF SERVICE**

5        ☒  First Class Mail        ☐  Facsimile          ☐  Messenger Service

6        ☐  Overnight Delivery      ☐  E-Mail/Electronic Delivery

7    1.  At the time of service I was over 18 years of age and not a party to this action and a Citizen of
     the United States.

8
9    2.  My business address is 515 S. Flower St., Suite 1100, Los Angeles, CA  90071, County of Los
     Angeles..

10   3.  On August 16, 2010 I served the following documents:

11         **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY);
           NOTICE OF INTERESTED PAR TIES; CIVIL COVER SHEET**

12
13   4.  I served the documents on the persons at the address below (along with their fax numbers
     and/or email addresses if service was by fax or email):

14         Thomas A. Brackey          Attorneys for Plaintiff
15         Freund & Brackey LLP
           427 N. Camden Dr.
16         Beverly Hills, CA  90210
           310-247-2165
17         310-247-2190 (Fax)

18         Alan Neigher               Attorneys for Plaintiff
19         Byelas & Neigher
           1804 Post Road East
20         Westport, CT
           203-259-0599
21         203-255-2570 (Fax)

22         A. Edward Ezor            Attorneys for Plaintiff
           Law Ofcs. of A. Edward Ezor
23         201 S. Lake Avenue
24         Pasadena, CA  91101
           626-568-8098
25         626-568-8475 (Fax)

26   5.  I served the documents by the following means:

27         a.  ☒  By United States mail:  I enclosed the documents in a sealed envelope or package
28   addressed to the persons at the addresses specified in item 4 and placed the envelope for

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (Separate Proof of Transmission by Fax to be provided.)

e. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2010

Arnette M. Ames
Type Name

Signature

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Valerie Baker Fairbank and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV10- 6087 VBF (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ANN KIRSTEN KENNIS, an individual | VAMPIRE WEEKEND, INC., a New York corp.; XL RECORDINGS LTD., a United Kingdom private limited company; TOD BRODY, an individual; DOES 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Thomas A. Brackey II; Stephen P. Crump<br>FREUND & BRACKEY<br>427 North Camden Drive<br>Beverly Hills, CA   90210<br>(310) 247-2165 | Richard L. Charnley; Annie Rian<br>ROPERS MAJESKI KOHN & BENTLEY<br>515 S. Flower Street, Suite 1100<br>Los Angeles, CA   90071<br>(213) 312-2000 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ MONEY DEMANDED IN COMPLAINT: $ 2,000,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 1441(b).  Appropriation of likeness

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 H1A(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities-Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities-Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**     Case Number:     CV10  6087

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
     ☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Connecticut |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
     ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York; United Kingdom |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Connecticut |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Annie Rian_      Date  8/5/2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    **CIVIL COVER SHEET**                    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com