RICHARD L. CHARNLEY (SBN 70430)
TOMAS A. BURGOS III (SBN 193434)
ANNIE RIAN (SBN 260960)
ROPERS MAJESKI KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
rcharnley@rmkb.com
tburgos@rmkb.com
arian@rmkb.com

Attorneys for Defendants and Cross-Claimants
VAMPIRE WEEKEND, INC. and
XL RECORDINGS, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KIRSTEN KENNIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VAMPIRE WEEKEND, INC., a New York corporation; XL RECORDINGS, LTD., a United Kingdom private limited company; TOD BRODY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 10-cv-06087-VBF(AJWx)<br><br>**ORDER FOR STIPULATED PROTECTIVE ORDER** |
| VAMPIRE WEEKEND, INC., a New York corporation; XL RECORDINGS, LTD., a United Kingdom private limited company; DOES 1 through 10, inclusive,<br><br>Cross-Claimant,<br><br>v.<br><br>TOD BRODY, an individual, and DOES 1-5, inclusive,<br><br>Cross-Respondents. | |

1    WHEREAS, good cause has been shown, the terms agreed to by the parties
2  in the Stipulation are hereby ordered.
3
4    March 1, 2011                          _____
5                                            Andrew J. Wistrich
                                             Magistrate Judge