FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
tbrackey@freundandbrackey.com
Stephen P. Crump (SBN 251712)
scrump@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Plaintiff,
ANN KIRSTEN KENNIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KIRSTEN KENNIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VAMPIRE WEEKEND, INC., *et al.*,<br><br>　　　　Defendants. | Case No. CV 10-6087 VBF (AJWx)<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2) |
| *AND RELATED CROSS-ACTION* | |

///
///
///

---

1

[PROPOSED] ORDER

# **ORDER**

The Court, having read and considered Plaintiff ANN KIRSTEN KENNIS' Request for Dismissal Pursuant to F.R.C.P. 41(a)(2), and finding good cause supporting such request, HEREBY ORDERS that the Complaint of Plaintiff ANN KIRSTEN is DISMISSED as to all Defendants in its entirety, with prejudice.

Dated: 8-11-11

*Valerie Baker Fairbank*
The Hon. Valerie Fairbank
U.S. District Court
Central District of California