1  RICHARD L. CHARNLEY (SBN 70430)
   TOMAS A. BURGOS III (SBN 193434)
2  ANNIE RIAN (SBN 260960)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:  (213) 312-2000
   Facsimile:  (213) 312-2001
5  Email:      rcharnley@rmkb.com
               tburgos@rmkb.com
6              arian@rmkb.com

7  Attorneys for Defendant
   VAMPIRE WEEKEND, INC. and
8  XL RECORDINGS, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN KIRSTEN KENNIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VAMPIRE WEEKEND, INC., a New York corporation; XL RECORDINGS, LTD., a United Kingdom private limited company; TOD BRODY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 10-cv-06087-VBF-AJW<br><br>[State Court Case No. BC 441651]<br><br>**REQUEST FOR DISMISSAL OF CROSS-CLAIM, WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(2)** |
| VAMPIRE WEEKEND, INC., a New York corporation; XL RECORDINGS, LTD., a United Kingdom private limited company; DOES 1 through 10, inclusive,<br><br>Cross-Claimant,<br><br>v.<br><br>TOD BRODY, an individual, and DOES 1-5, inclusive,<br><br>Cross-Respondents. | |

Pursuant to F.R.C.P. 41(a)(2), Defendants and Cross-Claimants VAMPIRE WEEKEND, INC. ("VWI") and XL RECORDINGS, LTD. ("XL"), hereby request a dismissal of their Cross-Claim against Defendant/Cross-Defendant TOD BRODY ("Brody"), without prejudice.

WHEREAS, Plaintiff ANN KIRSTEN KENNIS, VWI and XL have entered into a settlement agreement (the "Settlement") to resolve the above-captioned civil action by and between them;

WHEREAS, pursuant to the terms of the Settlement, Plaintiff, VWI and XL have agreed that Plaintiff shall request a dismissal of her Complaint as to VWI, XL and Brody, with prejudice;

WHEREAS, Brody is unavailable to enter into a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii);

WHEREAS, Brody has not pleaded a counterclaim in this action; and

WHEREAS Brody will not suffer any legal prejudice by the dismissal of the Cross-Claim, without prejudice;

NOW THEREFORE, Defendants VWI and XL respectfully request that the Court dismiss their Cross-Claim against Brody, without prejudice.

Dated: August 12, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ TOMAS A. BURGOS III
RICHARD L. CHARNLEY
TOMAS A. BURGOS, III
ANNIE RIAN
Attorneys for Defendants/Cross-Claimants VAMPIRE WEEKEND, INC. and XL RECORDINGS, LTD.

| | |
|---|---|
| CASE NAME: | Ann Kirsten Kennis v. Vampire Weekend, Inc., et al. |
| ACTION NO.: | USDC Case No. 10-cv-06087 VBF AJW |

### PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail ☐ Facsimile ☐ Messenger Service

☐ Overnight Delivery ☐ E-Mail/Electronic Delivery ☐ Hand Delivered

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 515 South Flower Street, Suite 1100, Los Angeles, CA 90071.

3. On August 12, 2011, I served the following documents:

**REQUEST FOR DISMISSAL OF CROSS-CLAIM, WITHOUT PREJUDICE, etc.**

I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Thomas A. Brackey<br>Freund & Brackey LLP<br>427 N. Camden Dr.<br>Beverly Hills, CA 90210<br>310-247-2165<br>310-247-2190 (Fax) | Attorneys for Plaintiff |
| Alan Neigher<br>Byelas & Neigher<br>1804 Post Road East<br>Westport, CT 06880<br>203-259-0599<br>203-255-2570 (Fax) | Attorneys for Plaintiff |
| A. Edward Ezor<br>Law Ofcs. of A. Edward Ezor<br>201 S. Lake Avenue<br>Pasadena, CA 91101<br>626-568-8098<br>626-568-8475 (Fax) | Attorneys for Plaintiff |

4. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this

RC1/5660531.1/AA2

**PROOF OF SERVICE**

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ **By overnight delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ **By messenger:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (<u>Separate declaration of personal service to be provided by the messenger.</u>)

    d. ☐ **By fax transmission:** Based on an agreement between the parties and in conformance with Rule 2.306, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    e. ☐ **By email or electronic transmission:** Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐ I served by hand the documents described herein on the person(s) listed in Item 4 of this Proof of Service.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 12, 2011

Arnette M. Ames  
Print Name                        Signature